```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MIKE SCOTT a/k/a MIKE SHERIFF SCOTT,    :
                                        :
                         Plaintiff,     :    24cv9999 (DLC)
                                        :
              -v-                       :         ORDER
                                        :
THE CITY OF NEW YORK et al.,            :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This action was commenced by the filing of a complaint on December 30, 2024. The plaintiff has not filed proof of service. An Order of April 4, 2025 instructed the plaintiff to provide written communication by April 9 showing good cause as to why service was not made within the requisite 90-day period, see Fed. R. Civ. P. 4(m), or explaining the time and manner in which service was made. The plaintiff has not submitted any such communication. Accordingly, it is hereby

    ORDERED that the action is dismissed without prejudice for failure to timely serve the summons and complaint.

Dated:    New York, New York
           April 10, 2025

                                        _____
                                            DENISE COTE
                                United States District Judge